GEORGE SYKULSKI, A PROF. LAW CORP.
George Sykulski, CSB #041133
Loraine Todd, CSB #128049
Dana Sykulski, CSB #228210
16027 Ventura Blvd., Suite 503
Encino, California  91436
Telephone:   (818) 783-8500
Facsimile:      (818) 783-2981
E-Mail:         Sykulski_Todd@yahoo.com

Attorneys for Use Plaintiff FERGUSON FIRE & FABRICATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – San Francisco Division

| | |
|---|---|
| UNITED STATES, for the use of FERGUSON FIRE & FABRICATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation,<br><br>Defendants. | CASE NO.: C 07 4294 WDB<br><br>**COMPLAINT ON BOND**<br>**(Miller Act)** |

Use Plaintiff complains of Defendants and alleges:

1. This Court has subject matter jurisdiction of this action pursuant to 40 U.S.C. §270(a)-270(e) (the Miller Act).

2. At all times mentioned in this Complaint, Defendant, Travelers Casualty and Surety Company of America (**"Travelers"**) was and now is, a corporation authorized by

the State of California to engage in the business of acting as a surety on bonds required or authorized by law.

3. On or about September 23, 2005, Yerba Buena Engineering & Construction Co., Inc. (**"Yerba Buena"**) was awarded a contract by the United States of America, through the United States Department of the Interior, more particularly identified and known as Contract No. C8147050044 for that certain Work of Improvement consisting of the construction of Alcatraz Island Fire Protection Improvement, located at Alcatraz Island, Pier 50, Shed C, San Francisco, California (**the "Work of Improvement"**). Yerba Buena entered into a subcontract agreement with AAA Restaurant Fire Control, Inc. (**"AAA"**) pursuant to which AAA agreed to provide and install plumbing materials to the Work of Improvement.

4. Yerba Buena, as principal, and Travelers, as surety, executed and delivered a certain Payment Bond #C8147050044, in the penal sum of $905,705.00 guaranteeing payment to all persons supplying labor and materials in the prosecution of the Work of Improvement. The Bond was executed and delivered in accordance with an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. 270a-270e).

5. During the course of the performance and prosecution of the public work, Use Plaintiff sold, delivered and furnished certain fire sprinkler, pipe, valves, fittings and other related materials to AAA at its special instance and request. The materials were furnished to be used and the same were actually used in the prosecution of the Work of Improvement.

6. The materials so furnished by Use Plaintiff in the prosecution of the Work of Improvement were and are reasonably worth the sum of $12,723.96. No part of that sum has been paid or credited on that amount. There is now due, owing and unpaid to Use Plaintiff the sum of $12,723.96, plus interest at the rate of 1.5% per month from November 1, 2006, after deducting all just credits and offsets.

7. Plaintiff and AAA entered into a written contract which provides for the payment of attorneys' fees in the amount of 25% of the unpaid principal balance in the event that AAA failed to pay for materials supplied to them by Plaintiff.

WHEREFORE, Use Plaintiff prays judgment against each of the Defendants, jointly and severally, as follows:

1. For the sum of $12,723.96, plus interest at the rate of 1.5% per month from November 1, 2006 to the date of entry of judgment;

2. For attorneys' fees in the amount of 25% of the unpaid principal balance;

3. For costs of suit; and

4. For such other and further relief as the court deems just and proper.

DATED: July 19, 2007         GEORGE SYKULSKI, A PROFESSIONAL
                             LAW CORPORATION


                             By:    /S/
                                Dana Sykulski, CSB #228210
                                Attorneys for Use Plaintiff
                                FERGUSON FIRE & FABRICATION, INC.