George Sykulski
George Sykulski
16027 Ventura Blvd. Suite 503 Encino, CA 91436

TELEPHONE NO.: (818) 783-8500    FAX NO. (Optional): (818) 783-2918
E-MAIL ADDRESS (Optional):

UNITED STATES DISTRICT COURT
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF (name each): United States, etc.

DEFENDANT (name each): Yerba Buena Engineering & Construction, Inc., etc., et al.

CASE NUMBER: C 07 4294 WDB

**PROOF OF SERVICE**

HEARING DATE: 11/27/2007
DAY:
TIME: 04:00 pm
DEPT.: 4
Ref No. or File No.:

ORIGINAL FILED
SEP 18 PM 2:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

See Attached List of Documents

PARTY SERVED: Travelers Casualty and Surety Company of America, etc.

PERSON SERVED: Becky DeGeorge (CSC) - Person authorized to accept service of process

DATE & TIME OF DELIVERY: September 6, 2007
01:00 pm

ADDRESS, CITY, AND STATE: 2730 Gateway Oaks Drive, #100
Sacramento, CA 95833
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: 105.50
County: Sacramento
Registration No.: 2000-17
All-N-One Legal Support
1545 Wilshire Blvd., Suite 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 10, 2007.

Signature: _Stephanie Barber_

PROOF OF SERVICE

982(a)(23)[New July 1, 1987]

Order#: 145501070518/GProof3

DOCUMENTS:
- Summons
- Complaint
- Civil Cover Sheet
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order from US Magistrate Judge Wayne D Brazil
- Standing Order for All Judges of the Northern District of California re Contents of Joint Case Management Statement
- Notice of Assignment of Case to a United States Magistrate Judge for Trial
- Consent to Proceed Before a United State Magistrate Judge (Blank)
- Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge (Blank)
- Public Notice
- ECF Registration Information Handout

///