1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES, for the use of
FERGUSON FIRE &
FABRICATION, INC.,

                    Plaintiff,

          v.

YERBA BUENA ENGINEERING &
CONSTRUCTION, INC., et al.

                    Defendants.
_____/

No. C 07-4294 WDB

NOTICE RESETTING INITIAL CASE
MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that the Case Management Conference currently set for November 27, 2007, has been changed to **Monday, November 26, 2007, at 4:00 p.m.**   Lead trial counsel for each party must participate in the case management conference.  **The Joint Case Management Statements is due on November 20, 2007.**

IT IS SO ORDERED.

November 2, 2007                          Richard W. Wieking, Clerk
                                         United States District Court

_

                                         *Sarah Weinstein*

                                         By:  Sarah Weinstein
                                              Law Clerk/Deputy Clerk

G:\WDBLC1\1--WDB PENDING CASES\Ferguson Fire\Notice setting CMC.frm