GEORGE SYKULSKI, A PROF. LAW CORP.
George Sykulski, CSB #041133
Loraine Todd, CSB #128049
16027 Ventura Blvd., Suite 503
Encino, CA  91436
Telephone: (818) 783-8500
Facsimile:  (818) 783-2918

Attorneys for Plaintiff,
UNITED STATE FOR THE USE OF
FERGUSON FIRE & FABRICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES for the use of FERGUSON FIRE & FABRICATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> YERBA BUENA ENGINEERING & CONSTRUCTION, INC., et al, <br><br> Defendants. | Case No. CV 07-4294 WDB <br><br> REQUEST FOR DISMISSAL AND ORDER THEREON |

     Defendants have not yet appeared in this action.  However, the parties have reached a settlement that is satisfactory to both and any and all payments that are due pursuant to the terms of that settlement have been made.

     Plaintiff hereby requests that, pursuant to <u>Federal</u> <u>Rule</u> <u>of</u> <u>Civil</u> <u>Procedure</u> 41(a)(1)-(2),

1

STIPULATION FOR ENTRY OF DISMISSAL

this action be immediately Dismissed with Prejudice.

DATED: November 1, 2007

                                  GEORGE SYKULSKI, A PROFESSIONAL
                                  LAW CORPORATION

                                By: _____/S/_____
                                   Loraine Todd,
                                   Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

                                _____
                                WAYNE D. BRAZIL,
                                MAGISTRATE JUDGE
                                U. S. DISTRICT COURT