GEORGE SYKULSKI, A PROF. LAW CORP.
George Sykulski, CSB #041133
Loraine Todd, CSB #128049
16027 Ventura Blvd., Suite 503
Encino, CA  91436
Telephone: (818) 783-8500
Facsimile:  (818) 783-2918

Attorneys for Plaintiff,
UNITED STATE FOR THE USE OF
FERGUSON FIRE & FABRICATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES for the use of FERGUSON FIRE & FABRICATION, INC.,<br><br>        Plaintiff,<br>vs.<br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC., et al,<br><br>        Defendants. | Case No. CV 07-4294 WDB<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |

      Defendants have not yet appeared in this action.  However, the parties have reached a settlement that is satisfactory to both and any and all payments that are due pursuant to the terms of that settlement have been made.

      Plaintiff hereby requests that, pursuant to Federal Rule of Civil Procedure 41(a)(1)-(2),

STIPULATION FOR ENTRY OF DISMISSAL

1  this action be immediately Dismissed with Prejudice.

2      DATED: November 1, 2007

                                                    GEORGE SYKULSKI, A PROFESSIONAL LAW CORPORATION

                                                    By:  _____/S/_____
                                                        Loraine Todd,
                                                        Attorney for Plaintiff

                                                         <u>ORDER</u>

    IT IS SO ORDERED.

    11-7-07

                                                         _____
                                                        WAYNE D. BRAZIL,
                                                        MAGISTRATE JUDGE
                                                        U. S. DISTRICT COURT

STIPULATION FOR ENTRY OF DISMISSAL