Timothy F. Winchester (SBN 54826)
Neil H. Bui (215108)
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Yerba Buena Engineering &
Construction, Inc. and Travelers Casualty and
Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF FERGUSON FIRE & FABRICATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation, <br><br> Defendants. | No. C 07-04294 WDB <br><br> ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12 <br><br> Complaint filed: August 21, 2007 |

## I. Introduction

1.  Pursuant to Local Rules 3-12 and 7-11, Yerba Buena Engineering & Construction, Inc. ("Yerba Buena"), defendant in the case of *AAA Restaurant Fire Control v.*

1

Administrative Motion to Consider Whether Cases Should be Related

*Yerba Buena Engineering, et al.*, Case No. CV 07 05912 JL (the "AAA Action"), moves for an examination by this Court to determine whether the AAA Action and the action of *Ferguson Fire and Fabrication v. Yerba Buena Engineering, et al.*, Case No. C 07-04294 WDB (the "Ferguson Action"), should be considered "related cases" within the meaning of Local Rule 3-12.

## II. Discussion

2.    Yerba Buena, as general contractor, contracted with the United States Park Services (Public Contract No. 8147050044) to perform certain construction work on the public work of improvement commonly known as the Alcatraz Island Fire Protection Improvement Project (the "Project"). Yerba Buena subcontracted with AAA Restaurant Fire Control, Inc. ("AAA"), for AAA to provide materials and services for, among other things, the installation of fire sprinklers on the Project. AAA subcontracted with Ferguson Fire & Fabrication, Inc. ("Ferguson") for Ferguson to provide materials to AAA for installation on the Project.

3.    Travelers Casualty and Surety Company of America ("Travelers") provided Payment Bond No. 104611873 (the "Payment Bond") to the Project for its principal, Yerba Buena.

4.    On or about August 21, 2007, Ferguson filed this Miller Act complaint on the Payment Bond against Yerba Buena and Travelers. The action relates entirely to materials Ferguson supplied to AAA for the Project and the Payment Bond provided by Travelers. On or about November 8, 2007, dismissal was entered in this action.

5.    On or about November 21, 2007, AAA filed a Miller Act complaint on the Payment Bond, also against Yerba Buena and Travelers. This action relates entirely to the alleged work and materials provided by AAA to the Project. AAA also asserts a cause of action for breach of contract and negligence.

6.    Both the Ferguson Action and the AAA Action involve substantially the same parties as both actions name only Yerba Buena and Travelers as defendants.

7. Both the Ferguson Action and the AAA Action involve work and materials provided to the same project, the Alcatraz Island Fire Improvement Project.

8. Both the Ferguson Action and the AAA Action make a claim against the same Payment Bond provided by Travelers to the Project.

9. Both actions may involve significantly the same evidence in the form of documents and deposition as they pertain to the scope of work of AAA and materials supplied by AAA and/or Ferguson to the Project.

### III. Conclusion

10. Yerba Buena Engineering & Construction, Inc., therefore respectfully requests that this Court make a determination that the case of *AAA Restaurant Fire Control v. Yerba Buena Engineering, et al.*, Case No. CV 07 05912 JL (the "AAA Action") and the case of *Ferguson Fire and Fabrication v. Yerba Buena Engineering, et al.*, Case No. C 07-04294 WDB, are "related cases" within the meaning of Local Rule 3-12.

Date: February 7, 2008

McInerney & Dillon, PC

_____
Neil H. Bui

Attorneys for Yerba Buena Engineering & Construction, Inc. and Travelers Casualty and Surety Company of America

3

Administrative Motion to Consider Whether Cases Should be Related

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is McInerney & Dillon, P.C., 1999 Harrison Street, Suite 1700, Oakland, California 94612-4700.

On the date last written below, I served the following documents:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12.**

By placing true and correct copies thereof:

__X__    By Electronic Mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons, through [LexisNexis Corporation/the Court's ECF-PACER webpage/or other internet service provider], in which counsel below are registered to receive e-mail at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### ADDRESSEES

Dana Sykulski
George Sykulski
16027 Ventura Boulevard, Suite 503
Encino, CA 91436

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 15, 2008

Olly L. Robinson