Timothy F. Winchester (SBN 54826)
Neil H. Bui (215108)
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510) 465-8556

Attorneys for Yerba Buena Engineering &
Construction, Inc. and Travelers Casualty and
Surety Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| UNITED STATES, FOR THE USE OF FERGUSON FIRE & FABRICATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation,<br><br>Defendants. | No. C 07-04294 WDB<br><br>[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Complaint filed: August 21, 2007 |

Upon due consideration of the submissions of the parties, and in accordance with the standards set forth in Rule 3-12, the Court finds:

1

[PROPOSED] ORDER

Case 4:07-cv-04294-WDB   Document 10   Filed 02/15/2008   Page 2 of 3

1. That the action entitled *AAA Restaurant Fire Control v. Yerba Buena Engineering, et al.*, Case No. CV 07 05912 JL is related to this present action within the meaning of Civil L.R. 3-12(a). Accordingly, *AAA Restaurant Fire Control v. Yerba Buena Engineering, et al.*, Case No. CV 07 05912 JL shall be reassigned to the undersigned Judge pursuant to Civil L.R. 3-12(g).

2. That the action entitled *AAA Restaurant Fire Control v. Yerba Buena Engineering, et al.*, Case No. CV 07 05912 JL, is not related to this present action within the meaning of Civil L.R. 3-12(a). Accordingly, no change in case assignment will be made.

**IT IS SO ORDERED.**

DATED:_____

_____
Honorable Wayne D. Brazil
United States District Judge

[PROPOSED] ORDER

2

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is McInerney & Dillon, P.C., 1999 Harrison Street, Suite 1700, Oakland, California 94612-4700.

On the date last written below, I served the following documents:

**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.**

By placing true and correct copies thereof:

__X__   By Electronic Mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons, through [LexisNexis Corporation/the Court's ECF-PACER webpage/or other internet service provider], in which counsel below are registered to receive e-mail at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

### ADDRESSEES

Dana Sykulski
George Sykulski
16027 Ventura Boulevard, Suite 503
Encino, CA 91436

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 15, 2008

_____
Ollye L. Robinson